IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO. 19-20020-004         USA v. CORY JEREMIAH PHILLIPS

COURT PERSONNEL:                  APPEARANCES:

JUDGE:    P. K. HOLMES III        GOVERNMENT:   CANDACE TAYLOR

CLERK:    JANE ANN SHORT          DEFENDANT:    AUBREY BARR

REPORTER: RICK CONGDON

## SENTENCING MINUTES

On this date the above-named defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed and adopted in open court.
- (X) Court expressed final approval of plea agreement.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement.
- (X) Court proceeded to impose sentence as follows:

  300 months imprisonment; 5 years supervised release; no fine imposed.

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

  Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

  Defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

  Defendant shall submit to a search of his person, real and/or personal property, residence, place of business or employment, and/or vehicle(s) conducted by the U.S. Probation Office based upon reasonable suspicion of criminal activity or a violation of any condition of supervised release.

- (X) Defendant ordered to pay total special assessment of $100.00 for Count 3, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Government's motion to dismiss the forfeiture allegation granted by the court.
- (X) Defendant remanded to custody of the USMS.

DATE:  January 15, 2020

Proceeding began:   10:05 am

ended:   10:47 am